NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHIHUA WU,**

*Plaintiff-Appellee*

**v.**

**FUJIANSHENGFUSIXIANSHANGMAOYOUXIANGO NGSI, FUJIANPROVANCE 9457TRADING CO. LTD., QUANZHOUNUODAODIANZISHANGWUHEHUOQI YE,**

*Defendants-Appellants*

---

2025-1698

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:25-cv-01644, Judge Sunil R. Harjani.

---

**ON MOTION**

---

Before REYNA, MAYER, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellants move to voluntarily dismiss their appeal and for the appellee to pay costs.

2      WU v. FUJIANSHENGFUSIXIANSHANGMAOYOUXIANGONGSI

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted only to the extent that the appeal is dismissed and each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 23, 2025
Date